UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

---------------------------------------------------------------------- X

MERSY SISA,                                    :
                                               :
                        Plaintiff,             :
                                               :          **16-cv-1662  (DFM)**
        -against-                              :
                                               :
FOUR LEAVES NAILS & SPA, INC. d/b/a/ FOUR      :          **January 29, 2018**
LEAVES NAILS & SPA, and XIN XU GUO,            :
                                               :
                        Defendants.            :
---------------------------------------------------------------------- X

## JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's Order dated January 8, 2018, (ECF 77), counsel for Plaintiff Mersy Sisa ("Plaintiff") and defendants Four Leaves Nails & Spa Inc. d/b/a Four Leaves Nails & Spa and Xin Xu Guo (previously identified as Andy "Doe") (collectively "Defendants"), (together with Plaintiff, the "Parties") now submit this Joint Settlement Status Report.

As of the date of this Report, the parties have reached full agreement on the terms and language of a written settlement agreement. Counsel are in the process of obtaining the parties' signatures on the settlement agreement, and anticipate filing a motion for approval of the settlement within the next two weeks.

Respectfully submitted,

By: /s/ *William G. Madsen*
William G. Madsen (ct 09853)
Magdalena B. Wiktor (ct 28647)
MADSEN, PRESTLEY & PARENTEAU, LLC
402 Asylum Street
Hartford, CT 06103
(860) 246-2466
wmadsen@mppjustice.com
mwiktor@mppjustice.com

*and*

Louis Pechman (phv 07840)
Laura Rodriguez (phv 07841)
PECHMAN LAW GROUP PLLC
488 Madison Avenue - 11th Floor
New York, New York 10022
(212) 583-9500
pechman@pechmanlaw.com
rodriguez@pechmanlaw.com
*Counsel for Plaintiffs*

*and*

By:  /s/ *Jian Hang*
Jian Hang
HANG & ASSOCIATES, PLLC
136-18 39th Avenue, Suite 1003
Flushing, New York 11354
(718)353-8588
jhang@hanglaw.com
*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that on the 29th day of January, 2018, a copy of foregoing, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*/s/ William G. Madsen*
William G. Madsen