UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT  HARTFORD
April 16 , 20 18
Robin D. Tabora, Clerk
By_____
Deputy Clerk

MERSY SISA

v.

FOUR LEAVES NAILS & SPA, INC.

CASE NO.  3:16CV1662  (DFM)

## JUDGMENT

This action came on for consideration of the Joint Motion to Approve Settlement of FLSA and CMWA claims doc.#[82] , before the Honorable Robert A. Richardson, United States Magistrate Judge, and

The Honorable Robert A. Richardson having considered the motion and the full record of the case including applicable principles of law doc.# [88] and after review of the parties' joint memorandum in support of the proposed settlement, found that the settlement was a fair and reasonable resolution of a bona fide dispute under the FLSA and that the provisions regarding attorney's fees and costs were reasonable. Accordingly, the settlement was approved,

It is hereby ORDERED, ADJUDGED and DECREED that judgment enter dismissing the complaint with prejudice.

Dated at Hartford, Connecticut, this 16th day of April, 2018.

ROBIN D. TABORA, CLERK

By:_____/s/ RKW_____
Robert K. Wood
Deputy Clerk

EOD - 4/19/18